# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JOAN LICHTMAN, | : No. 366 EAL 2015 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : |
| GARY GLAZER, | : |
| Respondent | : |
| JOAN LICHTMAN, | : No. 369 EAL 2015 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : |
| JOSEPH VIGNOLA, | : |
| Respondent | : |
| JOAN LICHTMAN, | : No. 370 EAL 2015 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : |
| R. SETH WILLIAMS, | : |
| Respondent | : |

## ORDER


**PER CURIAM**

**AND NOW**, this 23rd day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.